UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-mj-03141-AOR

UNITED STATES OF AMERICA,

v.

Armando Antonio Padron Sumoza,
Jose Manuel Rizzo Zabala, and Arnaldo Hidalgo,

               Defendants.

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: *Yvonne Rodriguez-Schack*
Yvonne Rodriguez-Schack
Assistant United States Attorney
FL Bar No.     864696
99 N.E. 4th Street
Miami, Florida 33132
Tel: 305.961.9014
Email: Yvonne.Rodriguez-Schack@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ARMANDO ANTONIO PADRON SUMOZA,<br>JOSE MANUEL RIZZO ZABALA,<br>and ARNALDO HIDALGO,<br><br>*Defendant(s)* | Case No. 22-mj-03141-AOR |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about ___June 13, 2022___, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b).<br><br>Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

DEA SA Edwin Brigantty
*Printed name and title*

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time.

Date: 6/30/22

*Judge's signature*

City and state: Miami, Florida

Hon. Alicia M. Otazo-Reyes, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Edwin Brigantty, being duly sworn, hereby depose and state as follows:

1. I am employed as a Drug Enforcement Administration ("DEA") Special Agent with the Miami Field Division since 2016 and with the DEA since 2002. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21, and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division in Miami, Florida and have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Special Agent with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics trafficking organizations operate, including maritime drug traffickers. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. The facts contained in this Affidavit are based on my personal knowledge as well as information provided to me. Because this Affidavit is being submitted solely for the purpose of establishing probable cause, it does not contain all of the information known about this investigation. This Affidavit is submitted for the limited purpose of establishing probable cause that Armando Antonio PADRON Sumoza, Jose Manuel RIZZO Zabala and Arnaldo HIDALGO did knowingly and willfully conspire to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

3. On June 13, 2022, while on patrol, a Dutch aircraft detected a panga style go-fast vessel ("GFV") located approximately 98 nautical miles southeast of Isla Beata, Dominican Republic

(DR) in international waters and upon the high seas. The GFV did not display any indicia of nationality and was travelling at a high rate of speed in a known drug trafficking area. The United States Coast Guard (USCG) Cutter RELIANCE, which was on patrol in the area, was diverted to interdict and investigate. USCG Cutter RELIANCE launched a small boat with a boarding team on board. Upon arrival at the GFV, the boarding officer observed three individuals on board the GFV who were later identified as Armando Antonio PADRON Sumoza, Jose Manuel RIZZO Zabala, and Arnaldo HIDALGO. The boarding officer asked who the master or individual in charge was. None of the three individuals identified themselves as either the master or individual in charge. When asked if they wished to make a claim of nationality for the vessel, all three refused. Based on all three refusing to make a claim of nationality for the vessel, the vessel was treated as a stateless vessel subject to the jurisdiction of the United States. A full law enforcement boarding followed.

    4.    The boarding team located 27 fuel barrels and 17 bales on deck. Two field tests conducted on the substance inside the bales yielded a positive result for cocaine. A total of 631 kilograms of cocaine was seized. All three individuals along with the suspected cocaine was transferred to the RELIANCE.

    5.    On June 30, 2022, Armando Antonio PADRON Sumoza, Jose Manuel RIZZO Zabala and Arnaldo HIDALGO are expected to arrive in the Southern District of Florida where custody of them will be transferred to federal law enforcement.

[THIS AREA INTENTIONALLY LEFT BLANK]

6. Based upon the information provided above, I respectfully submit probable cause exists to believe Armando Antonio PADRON Sumoza, Jose Manuel RIZZO Zabala and Arnaldo HIDALGO, did knowingly and willfully conspire to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

FURTHER AFFIANT SAYETH NAUGHT.

_____
Special Agent Edwin Brigantty
Drug Enforcement Administration

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime this 30th day of June, 2022.

_____
HONORABLE ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

3